UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

CHAPA BLUE, LTD AND BLUE MOUNTAIN DEVELOPMENT, LTD
    Plaintiff(s)    DIVISION __MCALLEN__

V.    CIVIL ACTION NO. 7:23-CV-00334

ACCREDITED SURETY AND CASUALTY COMPANY, INC.
    Defendant(s)

ADR METHOD:  Mediation __X__   Arbitration ____
    Mini-trial ____   Summary Jury Trial ____

TYPE OF CASE: *Property Damage Claims*

1. Please check one of the following:
The case referred to ADR  settled __✓__  did not settle ____

2. My total fee and expenses were: $3,000.00.
(If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

Chapa Blue, Ltd and Blue Mountain Development, Ltd, Plaintiff
Mr. Jose A. Chapa, Jr., Attorney
JOSE A. CHAPA LAW FIRM, PLLC
3116 Scenic Way
McAllen, Texas 78503
(214) 629-0788 – telephone
jachapa@smu.edu – email

Accredited Surety and Casualty Company, Inc., Defendant
Mr. Peter Laurie, Attorney
DORSETT JOHNSON & CISNEROS
3503 Wild Cherry Drive, Bldg. 6
Austin, Texas 78738
(512) 600-4365 – phone
plaurie@dorsettjohnson.com – email

ADR PROVIDER

Name: _____ Alfred T. Denham _____

Signature: _____ [signature] _____

Date: 02/15/24
SDTX-ADR-5-(Rev. 6-15-93)

Law Office of Alfred Denham  
3700 N. 10th Street, Ste. 100  
McAllen, TX 78501



MCALLEN TX 785  
04 MAR 2024 PM 1 L

CLERK U.S. DISTRICT COURT  
RECEIVED  
MAR 05 2024  
SOUTHERN DIST. OF TEXAS  
McALLEN, TEXAS

7850135194

US District Court  
1701 W. Bus Hwy 83  
McAllen TX 78501